IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SEANDI A. FORBES,

    Plaintiff,

v.                        CASE NO.  4:14-cv-101-MW/CAS

GOODWILL INDUSTRIES,

    Defendant.

_____/

ORDER ACCEPTING
REPORT AND RECOMMENDATION

This Court has considered the Magistrate's Report and Recommendation, ECF No. 6, filed March 17, 2014, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF Nos. 7, 8, 9 and 10.  Upon consideration

    IT IS ORDERED:

The report and recommendation is **accepted and adopted** as the Court's opinion. The Clerk shall enter judgment stating, "This action is **DISMISSED** for

1

failure to state a claim upon which relief may be granted." The Clerk shall close the file.

    **SO ORDERED on April 2, 2014.**

<u>s/Mark E. Walker</u>
**United States District Judge**
